UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>CHRISTY L. PFINGSTON,<br><br>               Defendant. | Case No. CR09-8-RAJ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 16, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Aravind Swaminathan, and defendant was represented by Jennifer Horwitz. Also present was U.S. Probation Officer Todd Sanders. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on July 31, 1009 by the Honorable Richard A. Jones for Possession of Heroin with Intent to Distribute. She received 30 months of detention and 4 years of supervised release.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated May 2, 2011, U.S. Probation Officer Mark Chance alleged that defendant

violated the following conditions of supervised release:

1. Failing to notify the probation officer at least ten days before changing residence, in violation of standard condition number 6.

2. Failing to submit to urinalysis testing on or about April 6, 2011, in violation of a special condition.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing June 2, 2011 at 11:00 a.m. before District Judge Richard A. Jones.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 16th day of May, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge